
# CT Corporation

**Service of Process Transmittal**
01/12/2021
CT Log Number 538873640

**TO:** David Hawkins
Helena Chemical Company
225 SCHILLING BLVD STE 300
COLLIERVILLE, TN 38017-7177

**RE:** **Process Served in Missouri**

**FOR:** Helena Agri-Enterprises, LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ARTHUR WESTHUES, Pltf. vs. HELENA AGRI-ENTERPRISES LLC, Dft. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 20BUCV04302 |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Clayton, MO |
| **DATE AND HOUR OF SERVICE:** | By Priority Mail on 01/12/2021 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED:** | Missouri |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air, 1ZX212780116852973 |
| | Image SOP |
| | Email Notification, David Hawkins  hawkinsd@helenaagri.com |
| | Email Notification, Joan Murphy  murphyj@helenaagri.com |
| | Email Notification, Patrice Bohannon  bohannonp@helenaagri.com |
| | Email Notification, Gena Acklin  ackling@helenaagri.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>120 South Central Avenue<br>Clayton, MO 63105<br>866-331-2303<br>CentralTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

**EXHIBIT B**

```
╔══════════════════════════════════════════╗
║  UNITED STATES      Click-N-Ship®        ║
║  POSTAL SERVICE                          ║
╠══════════════════════════════════════════╣
║         usps.com                         ║
║  P      $7.75      9405 5036 9930 0145   ║
║         US POSTAGE  4888 47 0077 5000    ║
║         Flat Rate Env  0036 3105         ║
║                                          ║
║         11/30/2020  Mailed from 64102    ║
║                     062S0000001301       ║
╠══════════════════════════════════════════╣
║         PRIORITY MAIL 2-DAY™             ║
╚══════════════════════════════════════════╝
```

DANA VAUGHN
EMPLOYEE RIGHTS LAW FIRM
1600 GENESSEE ST STE 842
KANSAS CITY MO 64102-1005

Expected Delivery Date: 12/03/20

**0006**

C020

SHIP TO:
CT CORPORATION SYSTEM
120 S CENTRAL AVE
CLAYTON MO 63105-1705

**USPS TRACKING #**

9405 5036 9930 0145 4888 47

Electronic Rate Approved #038555749



# IN THE 5TH JUDICIAL CIRCUIT, BUCHANAN COUNTY, MISSOURI

| Judge or Division: DANIEL F KELLOGG | Case Number: 20BU-CV04302 |
|---|---|
| Plaintiff/Petitioner: ARTHUR WESTHUES vs. | Plaintiff's/Petitioner's Attorney/Address MARK ALLEN JESS EMPLOYEE RIGHTS LAW FIRM 1600 GENESSEE, SUITE 842 KANSAS CITY, MO 64102-5639 |
| Defendant/Respondent: HELENA AGRI-ENTERPRISES LLC | Court Address: BUCHANAN CO COURTHOUSE 411 JULES ST SAINT JOSEPH, MO 64501 STATUS REVIEW HEARING DATE: 2-22-21 @ 8:30AM, DIV 4 |
| Nature of Suit: CC Employmnt Discrmntn 213.111 | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** HELENA AGRI-ENTERPRISES LLC
Alias:
4620 SE HIGHWAY 169
ST. JOSEPH, MO 64507

SERVE R/A: CT CORPORATION SYSTEM
120 S CENTRAL
CLAYTON, MO 63105

**COURT SEAL OF BUCHANAN COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_Monday, November 23, 2020_       _/s/K. DOBOSZ, Deputy Clerk_
Date                                            Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____

Served at _____ (address)
in _____ (County/City of St. JOSEPH), MO, on _____ (date) at _____ (time).

_____ Printed Name of Sheriff or Server        _____ Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____
Date                           Notary Public

**Sheriff's Fees, if applicable**
Summons                                    $_____
Non Est                                       $_____
Sheriff's Deputy Salary
Supplemental Surcharge          $   10.00
Mileage                                       $_____ (____ miles @ $____ per mile)
Total                                            $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* **Document Id # 20-SMCC-727**     1 of 1     Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 5:21-cv-06012-SRB   Document 1-2   Filed 01/21/21   Page 3 of 10



# IN THE 5TH JUDICIAL CIRCUIT, BUCHANAN COUNTY, MISSOURI

| Judge or Division: DANIEL F KELLOGG | Case Number: 20BU-CV04302 |
|---|---|
| Plaintiff/Petitioner: ARTHUR WESTHUES vs. | Plaintiff's/Petitioner's Attorney/Address MARK ALLEN JESS EMPLOYEE RIGHTS LAW FIRM 1600 GENESSEE, SUITE 842 KANSAS CITY, MO 64102-5639 |
| Defendant/Respondent: HELENA AGRI-ENTERPRISES LLC | Court Address: BUCHANAN CO COURTHOUSE 411 JULES ST SAINT JOSEPH, MO 64501 STATUS REVIEW HEARING DATE: 2-22-21 @ 8:30AM, DIV 4 |
| Nature of Suit: CC Employmnt Discrmntn 213.111 | |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: **HELENA AGRI-ENTERPRISES LLC**
Alias:
4620 SE HIGHWAY 169
ST. JOSEPH, MO 64507

SERVE R/A: CT CORPORATION SYSTEM
120 S CENTRAL
CLAYTON, MO 63105

**COURT SEAL OF BUCHANAN COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

| Monday, November 23, 2020 | /s/K. DOBOSZ, Deputy Clerk |
|---|---|
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. JOSEPH), MO, on _____ (date) at _____ (time).

_____   _____
Printed Name of Sheriff or Server    Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____   _____
                                  Date                              Notary Public

**Sheriff's Fees, if applicable**
Summons           $_____
Non Est           $_____
Sheriff's Deputy Salary
Supplemental Surcharge  $  10.00
Mileage           $_____ (_____ miles @ $_____ per mile)
Total             $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 20-SMCC-727    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 5:21-cv-06012-SRB    Document 1-2    Filed 01/21/21    Page 4 of 10

IN THE CIRCUIT COURT OF BUCHANAN COUNTY, MISSOURI

| | |
|---|---|
| ARTHUR WESTHUES, | Case No.: _____ |
| *Plaintiff,* | |
| v. | Div.: _____ |
| HELENA AGRI-ENTERPRISES, LLC | **DEMAND FOR JURY TRIAL** |
| SERVE REGISTERED AGENT<br>CT CORPORATION SYSTEM<br>120 S Central Ave.,<br>Clayton, Missouri, 63105, | |
| *Defendant.* | |

## PETITION

Plaintiff Arthur Westhues for his claims and causes of action against Defendant Helena Agri-Enterprises, LLC, states and alleges the following:

### Facts Common to All Counts

1. This case arises under the Missouri Human Rights Act, RSMo. §213.010, *et seq.* ("MHRA").

2. Westhues is a resident of Clay County, Missouri.

3. Defendant Helena Agri-Enterprises, LLC, employed 6 employees in the State of Missouri such that it is an "employer" under RSMo. §213.010(7).

4. As the acts of discrimination took place in Buchanan County, Missouri venue is proper in this Court under the MHRA.

5. Westhues filed a charge of discrimination with the Missouri Commission on Human Right within 180 days of the acts complained of and filed this Petition within 90 days

after the date the Right to Sue letter was written. This action is timely and Westhues has exhausted all administrative prerequisites to filing this action. A copy of his Right to Sue letter is attached as Exhibit A.

6. Westhues started working for Helena Agri-Enterprises, LLC on November 22, 2013 until his involuntary termination on July 31, 2019. He was employed as a Precision Ag Technician.

7. Westhues was 64 years old at the time of his involuntary termination.

8. Westhues was meeting all legitimate expectations of his position at the time of his termination.

9. Westhues was told his position was being eliminated. Upon information and belief a new hire to the Defendant in his twenties is performing Westhues' previous duties.

10. The action taken against Westhues was based on discriminatory motives. Because of this discriminatory treatment, Westhues has suffered economic damages.

## COUNT I

### AGE DISCRIMINATION IN VIOLATION OF THE MHRA

11. Plaintiff repeats, realleges and incorporates by reference each and every allegation contained the above paragraphs.

12. The Missouri Human Rights Act makes it clear that age discrimination is not to be tolerated under Missouri Law.

13. Helena Agri-Enterprises LLC subjected Westhues to age discrimination by terminating his employment in which age was a factor such that said termination

was unlawful.

14. As a direct and proximate result of Defendant's conduct, Westhues has sustained and will continue in the future to sustain damages in the form of lost income, emotional pain, suffering, mental anguish, inconvenience and loss of enjoyment of life.

15. As equitable relief, Westhues requests reinstatement or full payment of all lost wages and benefits in lieu thereof.

WHEREFORE, Westhues prays for an award against Defendant on Count I of his petition; for an award of compensatory damages; for an award of his attorneys' fees and costs; and for other and further relief the Court deems just and proper.

## DEMAND FOR A JURY TRIAL

Westhues demands a jury trial on all triable issues herein.

Respectfully Submitted,

**EMPLOYEE RIGHTS LAW FIRM**
**Law Offices of Mark A. Jess, LLC**

/s/ Mark A. Jess
Mark A. Jess          MO No. 37946
Christie Jess           MO No. 44919
Kelly Rosine Ruark    MO No. 48119
Kansas City Livestock Exchange Building
1600 Genessee, Suite 842
Kansas City, MO 64102-5639
Ph: 816.474.4600
Fx: 816.474544.4601
mark.jess@employeerightslawfirm.com
christie.jess@employeerightslawfirm.com
Kelly.ruark@employeerightslawfirm.com

ATTORNEYS FOR THE PLAINTIFF

Electronically Filed - Buchanan - November 23, 2020 - 11:14 AM



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
# MISSOURI COMMISSION ON HUMAN RIGHTS

| MICHAEL L. PARSON | ANNA S. HUI | MARTHA STAGGS | ALISA WARREN, PH.D. |
|---|---|---|---|
| GOVERNOR | DEPARTMENT DIRECTOR | COMMISSION CHAIRPERSON | EXECUTIVE DIRECTOR |

Arthur Westhues
1422 Dexter Street
Liberty, MO 64068
*Via Complainant Attorney Email*

## NOTICE OF RIGHT TO SUE

RE:  Arthur Westhues vs. HELENA AGRI-ENTERPRISES, LLC
     E-01/20-51808  28E-2020-00391C

The Missouri Commission on Human Rights (MCHR) is terminating its proceedings and issuing this notice of your right to sue under the Missouri Human Rights Act because you have requested a notice of your right to sue.

This letter indicates your right to bring a civil action within 90 days of the date of this notice against the respondent(s) named in the complaint. Such an action may be brought in any circuit court in any county in which the unlawful discriminatory practice is alleged to have occurred, but it must be brought no later than two years after the alleged cause occurred or its reasonable discovery. Upon issuance of this notice, the MCHR is terminating all proceedings relating to the complaint. No person may file or reinstate a complaint with the MCHR after the issuance of a notice of right to sue relating to the same practice or act. You are hereby notified of your right to sue the Respondent(s) named in your compliant in state circuit court. **THIS MUST BE DONE WITHIN 90 DAYS OF THE DATE OF THIS NOTICE OR YOUR RIGHT TO SUE IS LOST.**

You are also notified that the Executive Director is hereby administratively closing this case and terminating all MCHR proceedings relating to it. This notice of right to sue has no effect on the suit-filing period of any federal claims. This notice of right to sue is being issued as required by Section 213.111.1, RSMo, because it has been over 180 days after the filing of the complaint and MCHR has not completed its administrative processing.

Respectfully,

Alisa Warren, Ph.D.                                September 9, 2020
Executive Director                                 Date

C:   additional contacts listed on next page

☒   ☐   ☐   ☐   ☐

| 3315 W. TRUMAN BLVD. | 111 N. 7TH STREET, SUITE 903 | P.O. BOX 1300 | 1410 GENESSEE, SUITE 260 | 106 ARTHUR STREET |
|---|---|---|---|---|
| P.O. BOX 1129 | ST. LOUIS, MO 63101-2100 | OZARK, MO 65721-1300 | KANSAS CITY, MO 64102 | SUITE D |
| JEFFERSON CITY, MO 65102-1129 | PHONE: 314-340-7590 | | FAX: 816-889-3582 | SIKESTON, MO 63801-5454 |
| PHONE: 573-751-3325 | FAX: 314-340-7238 | | | FAX: 573-472-5321 |

*Missouri Commission on Human Rights is an equal opportunity employer/program. Auxiliary aides and services are available upon request to individuals with disabilities.*
TDD/TTY: 1-800-735-2966 (TDD)  Relay Missouri: 711
www.labor.mo.gov/mohumanrights    E-Mail: mchr@labor.mo.gov

RE: Arthur Westhues vs. HELENA AGRI-ENTERPRISES, LLC
E-01/20-51808  28E-2020-00391C

HELENA AGRI-ENTERPRISES, LLC
225 Schilling Boulevard, Suite 100
Collierville, TN 38017
*Via Respondent Contact Email*

Mollie K. Wildmann
ATTORNEY AT LAW
1715 Aaron Brenner Drive, Suite 200
Memphis, TN 38120
*Via Email*

Mark A. Jess
ATTORNEY AT LAW
Kansas City Livestock Exchange Building
1600 Genessee, Suite 842
Kansas City, MO 64102
*Via Email*